**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                         Plaintiffs,

      -against-

JURA, INC.,

                         Defendant.
------------------------------------------------------------------------X

25 Civ. No. 7092 (PAE) (GS)

**ORDER ON PARTIES' JOINT STIPULATION**

**GARY STEIN, United States Magistrate Judge:**

      The parties' Joint Stipulation (Dkt. No. 8) does not modify the deadline by which Defendant Jura, Inc. must provide an answer or otherwise respond to Plaintiffs' Complaint.

      "After a complaint is served, a defendant has 21 days to file an answer. Fed. R. Civ. P. 12(a)(1)(A)(i) (setting 21-day deadline to answer a complaint after being served). Although Fed. R. Civ. P. Rule 6(b) permits the district court to extend most time periods set by the Federal Rules of Civil Procedure, stipulated extensions are not allowed absent court approval." *Blocher v. Rice*, 2021 WL 4463811 (W.D.N.Y. Sept. 8, 2021), *report and recommendation adopted*, 2021 WL 4461691 (W.D.N.Y. Sept. 29, 2021) (citing *Allstate Ins. Co. v. Administratia Asigurarilor De Stat*, 163 F.R.D. 196, 199 (S.D.N.Y. 1995)).

      The parties' Stipulation does not seek Court approval. Rather, it presents that the parties have "stipulated and agreed" that "Defendant Jura, Inc.'s time to answer or otherwise respond . . . currently due October 24, 2025, is hereby

extended, on consent, to November 24, 2025." Absent a request for extension of time consistent with this Court's individual rules, approved by the Court, the deadline for Defendant to respond remains October 24, 2025.

    **SO ORDERED.**

DATED:    New York, New York
               October 23, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge