UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARLTON KNOWLES, ON BEHALF OF : ECF CASE
HIMSELF AND ALL OTHER PERSONS :
SIMILARLY SITUATED, :
:
       Plaintiffs, : No.: 1:25-cv-7092
:
   v. :
:
JURA, INC., :
:
       Defendant. :
:

------------------------------------- x

## NOTICE OF SETTLEMENT

To The Honorable Court:

    The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       Dec. 17, 2025

                                  Respectfully Submitted,

                                  **GOTTLIEB & ASSOCIATES PLLC**
                                  <u>/s/ Jeffrey M. Gottlieb</u>
                                  Jeffrey M. Gottlieb, Esq.

                                  Michael A. LaBollita (ML-9985)
                                  Jeffrey M. Gottlieb (JG-7905)
                                  Dana L. Gottlieb (DG-6151)
                                  GOTTLIEB & ASSOCIATES PLLC
                                  150 East 18th Street, Suite PHR
                                  New York, New York 10003
                                  Tel: 212.228.9795
                                  Fax: 212.982.6284
                                  Jeffrey@Gottlieb.legal
                                  Dana@Gottlieb.legal
                                  Michael@Gottlieb.legal
                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge