UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>JURA, INC.,<br><br>Defendant. | No.: 1:25-cv-7092<br><br>ECF CASE<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CARLTON KNOWLES, and Defendant, JURA, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
January 15, 2026

**GOTTLIEB & ASSOCIATES PLLC**

[signature]

Jeffrey M. Gottlieb, Esq.
150 East 18th Street
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

**WARD LAW, LLC**

[signature]

Christopher Curci, Esq.
15 West 38th Street
New York, NY 10018
Phone: 646.380.1823
Fax: 267.350.6921
ccurci@thewardlaw.com
*Attorney for Defendant*